UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GERALDINE KLEIN,

    Plaintiff,                               Case No. 3:15-cv-134

vs.

SECRETARY OF THE AIR FORCE, *et al.*,     Magistrate Judge Michael J. Newman
                                                                  (Consent Case)

    Defendants.

---

**ORDER AND ENTRY: (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL (DOC. 32); (2) DISMISSING THIS CASE WITHOUT PREJUDICE; AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

This case is before the Court on Plaintiff's motion for voluntary dismissal. Doc. 32. Defendant does not oppose the motion.[1] Accordingly, for good cause shown, Plaintiff's unopposed motion (doc. 32) is **GRANTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE** and **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

Date:    July 6, 2016                               *s/ Michael J. Newman*
                                                              Michael J. Newman
                                                              United States Magistrate Judge

---

[1] Counsel for Plaintiff, in the motion for voluntary dismissal, does not specifically indicate whether he consulted with counsel for Defendant prior to filing the motion and does not indicate whether or not the motion is opposed. Such failure violates S.D. Ohio Civ. R. 7.3. Nevertheless, the Court communicated with all counsel and counsel for Defendant has indicated to the Court and Plaintiff's counsel that it does not intend to oppose the motion.